HaleHigh Ins.
Plaintiff/movant
movement

Dated: 11-13-2016.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

11/22/2016

JULIA C. DUDLEY, CLERK
BY:  S. Taylor
DEPUTY CLERK

716cv00552

TOO:
U.S. District Court
Western District of Virginia
1101 Court Street, Suite A06
Lynchburg, VA 24504

---

State of Tennessee   DEFENDANTS

Herberty Slaughtery III
State of Tennessee Attorney General/Reporter.
425 5th Avenue North
PO BOX 20207
Nashville 37202   1-(615)-741-4351 Tele.

Atty. General: Meredith W. Bowen  34044 License number of Bar
500 Charlotte Avenue
Nashville, TN  37219  1-(615)-741-1366 Tele
Meredith.Bowen@ag.tn.gov  1-(615)-532-4882 FAX
Email Address

Darren Settles - Warden of BCCX; SETRCF
Bert Boyd - Assoc. Warden of Security at BCCX; SETRCF
Randy Lewis - Assoc. Warden of Treatment of BCCX; SETRCF
Higdon Chief-of-Security at BCCX; SETRCF; STSRCF
Steve Coleman ADA Coordinator at BCCX; SETRCF; STSRCF
Wendy Davis Human Resources Admin. Bldg.
at BCCX; SETRCF; STSRCF,
1-423-881-6131 or 1-423-881-3251 ext. 6131.
BCCX; SETRCF; STSRCF 1045 Horsehead Rd,
Pikesville, TN, 37367
Unit Manager David Janow UN 21
Counselor Chris Underwood UN 21
Irc Yates / Irc Pickett UN 21  Kyle Yates / Matthew Pickett
Counselor Flowers UN 21                                       Tres.
Sgt. Lawson / CPl's. Hollingsworth / Cpl. Young, Randy

Tony Parker TNDOC Commissioner (Alert) I Am Hale, Thomas Red-

Eric Johnson / Carrie Waxler, CCO's Law Library Line.

Notary Publics for which they stand ONE Nation Under God Indivisible w/ Liberty and Justice For All.

Justin Thompson Recreation Area never there I aint cause Law Library.

Dakota Seamons

vi

Sgt. Speck, Patricia grievance chairperson

Lt. Daniel Henry

Chaplins Greg Williams / Mike Holversome and Oranne

Chaplins Assoc. Pete Brown / Smith

Educator Phil Asberry / Walter Lee / Ms. Taylor

Chief Counselor / Classification Coordinator; Valerie Nichols

C/O Thomas Payne / C/O Watson UN 21D HUD

BCCX; SETRCF; STSRCF; TNDOC; TCA; PMA

1045 Horsehead Rd Pikesville 37367

Emergency: 1-423-881-6106  6105 ext. OIC

DEFENDANTS.

Also Add These As DEFENDANTS;

MEDICAID INSURANCE COMPANY

Eric Holder - Atty. General / Reporter United States.

Horizon Insurance

Corizon Insurance

Verizon Insurance

Centrioum Insurers of Insurance Affiliants,

Atty. General / Reporter State of Tennessee

425 - 5th Avenue North

PO BOX 20207 Nashville 37202

1-(615)-741-4351

Now Filing This WRIT (TEST) Against the peace and dignity of and by these and state also Racketeering Influences (Peer) and Corrupt Organizations and gangs w/ deliberate indifferences delaying/prolonging the Cruel Unusal Excessive Force Enforced and offenses against persons, offenses against property, offenses against family, Computer offenses, offenses against public health safety, Welfare T.C.A. §39-11-101 through §39-17-154 and T.C.A. §40-35-101 through §40-35-514. Title VI and Title VII on and to in Work, education, treatments, or other program assignments, drug testing of Convicting(ed) Felons, restricting led bed/cell or institutional assignments, inmate job compensation levels, disciplinary actions and sanctions, discrimination, orgin, race, etc., Liabilities Accord and Satisfaction w/ abritration and award, assumption of risk expressed, Comparative fault including the identity or description of any other alleged tortfeasor.), discharge in bankruptcy, duress, estoppel, failure of Considerations, fraud, illegality, laches, contributory negligence, license, payment, release, res judicata, Statue of frauds, Statue of limitations, Statue of repose, waiver, workers compensation "qualified individual" immunity, and any other matters constituting an affirmative offense defending as a defense, also Civil Commitment i's reform school of the 1983 Act and 1989 from the 1973 rehab. Act and signed 2014 of November on grief forms at WTSP in 3B-14/3B46, and new then also was the 2002/2014 Uniform Procedure of Administrative Acts w/ Human Resources enacted and where ive been trained to do just about anything and a U.S. Certified Seal/("cm/ECF") PACER System Filer Filing even Facsimile registary request and credit Authorization Requesting as a Pro Se for HaleHigh whose Thomas Daniel Eugene Hale; Rhea Hale, Thomas D.(E.) 00130892 TOMIS ID/Name. In CJA Advocate Program on own w/ their backing my Indigence and Security Bond for filing fee since June effective on the 1st of June 28 U.S.C. §1913 2nd paragraph. In forma pauperis now fried as grant Just purported says unit management team.

this is a Colorable Claim and Cognizable now feasibly practical and equitably Cognizance and should not be butt frividous and non-important for I am Cognitively reshaped w/ sound doctorine and sound Advice from within known as feendamental access to the U.S. Courts Jurisdictionally Circuits/Generals Circuits even Criminal. Acts the Apostle: me 00130892 In as of now 11-13-2016 UN21C207 at BCCX. Please be advised Im w/ dissonance Concerning Some live-in boxing or street fights anywhere do to my expressed grief turned in and hatered formed so I know Im a Prize and WONT BE LET DOWN just like another 86 at WTSP X3 this time back to back before offended on Computer offense, my life aint worth it butt you earned every penny of my life expecting or aney and Im Sorry for the Turmoil — Torture C/o Thomas Payne hear you Got rambos stuff Coming before computer and all in one month or two. Chester delk whose Chester helk said payday is just right around the corner for you mitch said that watch its not josh fighting its he paying you, No prognosis to worry about net welts on face butt maybe elsewhere they wont leave w/out your promise to take on some people watch. Fights that is. Payne my cellie sorry for complex issued stuff gone through. Cawrcle aint ever you, Reporting to "/s/Thomas D. Hale" Prose Counselor Atty 00130892 21C207 BCCX; SETRCF Court record Signature 1045 Horsehead Rd, on trust insurance Pikesville, TN 37367 ← claims and Email Address complaint Changed today above tardy!! s/xo Dana The Soloist Atty. Sign. Email/Log-in. "plez

Please Send Local Rules and U.S. District Rules Please and w/ ("CM/ECF"): CMECF.

Also; asking to appear in this Court as licensed Counselor/Counsel/Pro se Atty, Lawyer/Pro se/ on Pacer ECF NEF Pilot System Lead Counselor Signed below on last page before here.

hays, murgue;
summit, pat.

11-13-2016.

1-423-881-3251 ext. 3000;
1-423-881-3000 Randy Lewis: Acting Assoc. Warden of Treatment,
mind games too far R Penny J. white's project. No more. Nigger purporting
BN: Also; Add this as a Class Action today as
belfore night awaleene and n/fe is here, please
preclosures-sm, Its Forfeited for purported to finish F. THUM cut


**Department of Correction**

# DECLARATION BY PRISON EMPLOYEE

1. I am employed by the Tennessee Department of Correction at the Bledsoe County Correctional Complex.

2. As part of my job responsibilities, I have become familiar with inmate Thomas Daniel Hale, TDOC #00130892.

3. I have reviewed inmate Hale's mail and filings made to the Court as enclosed herein.

4. I hereby attest and certify to the Court that the documents contained herein do not contain contaminated documents.

5. Further Affiant Sayeth Not.

[Signature] _Candy Hale_

[Printed Name] _Candy Hale_

[Job Title] _C/O_

STATE OF TENNESSEE       )
COUNTY OF _Bledsoe_      )

Sworn to and subscribed before me this _15_ day of _Nov_, 2016.

_[signature]_
Notary Public

My Commission Expires: _7-24-19_

[Notary Seal]

Bledsoe County Correctional Complex • 1045 Horsehead Road • Pikeville, TN 37367 • Tel: 423-881-3251 • Fax: 423-881-4226 • tn.gov/Correction